Peter Kristofer Strojnik, SBN 242728
pstrojnik@strojniklaw.com
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Telephone: (415) 450-0100

Attorneys for Plaintiff
THERESA BROOKE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim, | Case No: 2:22-cv-4088 |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| MIAN HORIZON FINANCIAL CORPORATION, | |
| Defendants. | |

Please take notice that the case has settled in its entirety. The parties seek to vacate all remaining deadlines, including tomorrow's hearing on Plaintiff's Motion for Default Judgment, and they anticipate filing closing documents within three weeks of this Notice.

DATED this 31st day of August, 2022.

/s/ Peter Kristofer Strojnik
Peter Kristofer Strojnik (242728)
Attorneys for Plaintiff