UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-4088-GW-SKx | Date | September 1, 2022 |
|---|---|---|---|
| Title | *Theresa Brooke v. Mian Horizon Financial Corporation* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:     IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**


On August 31, 2022, Plaintiff Theresa Brooke filed a Notice of Settlement. The Court hereby vacates all currently set dates, with the expectation that a dismissal will be filed within three weeks. The Court now sets an order to show re: settlement hearing for September 26, 2022 at 8:30 a.m. The hearing will be vacated provided a notice of dismissal is filed by noon on September 23, 2022.

|  | : |
|---|---|
| Initials of Preparer | JG |